IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00066-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| LEON FRED COLLINS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release based on the COVID-19 pandemic under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018. (Doc. No. 45).

The Court denied the defendant's previous motion seeking the same relief, (Doc. No. 44: Order), but it appears that the Clerk's attempt to notify the defendant was unsuccessful, (Doc. No. 46: docket entry showing returned mail).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for compassionate release, (Doc. No. 45), is **DENIED** without prejudice for the reasons stated in the previous Order, (Doc. No. 44).

The Clerk is directed to certify copies of this Order and the previous one to the defendant at Loretto FCI.

Signed: August 27, 2020

Robert J. Conrad, Jr.
United States District Judge